UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

DYSTIN LEE JOHNSON, ]
]
    Plaintiff, ]
]
v. ]      No.  2:25-cv-00131-DCLC-CRW
]
WASHINGTON COUNTY, TENNESSEE, ]
et al., ]
]
    Defendants. ]

## **STIPULATION OF DISMISSAL**

The plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with consent of the defendants, hereby voluntarily dismisses his claims against the defendants with prejudice. This action is not subject to the provisions of Federal Rule of Civil Procedure 23(e), 23.1(c), 23.2, 66, or any statute that would prevent voluntary dismissal. The parties will bear their own attorney's fees and costs.

Respectfully submitted,

*s/ Thomas J. Smith*
THOMAS J. SMITH, BPR # 035331
GARZA LAW FIRM, PLLC
118 E. Watauga Ave.
Johnson City, TN   37601
423 282-1041
423 282-0967 Fax
tsmith@garzalaw.com

Attorney for Plaintiff

*s/ Jeffrey M. Ward*
JEFFREY M. WARD, BPR # 016329
HERRIN, McPEAK, SHEPARD & KETCHIE

1

P. O. Box 629
Johnson City, TN   37605-0629
423 929-7113
423 929-7114 Fax
jward@hmsklaw.com

Attorney for Defendants

2